```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUDY CHEUNG and                                              JUDGMENT
BEVERLY RAMSOOK,                                             03-CV- 0091 (DLI)

                Plaintiffs,

    -against-                                                FILED
                                                             IN CLERK'S OFFICE
                                                             U.S. DISTRICT COURT, E.D.N.Y.
NEW YORK PALACE HOTEL,
                                                             ★ SEP 3 0 2005 ★

                Defendant.                                   BROOKLYN OFFICE
-----------------------------------------------------------------X
```

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 28, 2005, directing that plaintiff's Title VII, NYSHRL, and NYCHRL claims are barred by plaintiff's contractual release of those claims and the subsequent ratification of the Agreement; and granting defendant's motion to dismiss all claims of plaintiff, Beverly Ramsook; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's Title VII, NYSHRL, and NYCHRL claims are barred by plaintiff's contractual release of those claims and the subsequent ratification of the Agreement; and that defendant's motion to dismiss all claims of plaintiff, Beverly Ramsook is granted.

Dated: Brooklyn, New York
       September 30, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court